BUFFALO LOAN, TRUST AND SAFE DEPOSIT COMPANY, Respondent and Appellant, *v.* JOHN CARSTENSEN, Appellant and Respondent.

*Buffalo Loan, T. & S. D. Co.* v. *Carstensen,* 107 App. Div. 128, affirmed.
(Argued December 3, 1906; decided December 18, 1906.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department,

entered August 15, 1905, in favor of plaintiff upon the submission of a controversy under section 1279 of the Code of Civil Procedure as to the construction of a certain written agreement.

*Tracy C. Becker* and *Lincoln A. Groat* for plaintiff, respondent and appellant.

*Wilson Lee Cannon* and *Harry Bowers Mingle* for defendant, appellant and respondent.

Judgment affirmed, without costs to either party; no opinion.

Concur: EDWARD T. BARTLETT, HAIGHT, VANN and CHASE, JJ. CULLEN, Ch. J., O'BRIEN and WILLARD BARTLETT, JJ., vote for modification by reducing the recovery to $6,300, with interest.